UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**DONALD ASHLEY JR #719638/122183**          CIVIL ACTION  5:24-cv-00920 SEC P

**VERSUS**          JUDGE TERRY A. DOUGHTY

**A CORLEY**          MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that A. Corley's Motion to Dismiss [Doc. No. 9] is **GRANTED** and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**MONROE, LOUISIANA**, this the 16th day of December 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**